## THE PRUDENCE.

### THE DOROTHY.

### (District Court, E. D. Pennsylvania. February 26, 1914.)

### No. 39.

COLLISION (§ 113*)—INJURY TO SEAMAN—RIGHT TO DAMAGES.

    A seaman injured in a collision is entitled to recover full damages against other vessels in fault, notwithstanding the contributory fault of the vessel on which he was employed. .

    [Ed. Note.—For other cases, see Collision, Cent. Dig. §§ 239–242; Dec. Dig. § 113.*]

In Admiralty. Suit by William H. Cannon against the steam tug Prudence and the barge Dorothy. Decree for libelant.

Lewis, Adler & Laws, of Philadelphia, Pa., for libelant.
Howard M. Long, of Philadelphia, Pa., for respondents.

THOMPSON, District Judge. The libelant, William H. Cannon, a seaman on board the schooner Annie Hodges received injuries to his person in the collision between the Hodges and the Dorothy, which occurred under the circumstances fully set out in the opinion filed in the case of The Prudence and Dorothy (No. 38 of 1912) 212 Fed. 538.

Under the authority of The Atlas, 93 U. S. 302, 23 L. Ed. 863, and The Eagle Point (D. C.) 136 Fed. 1010, the libelant is entitled to recover damages against the Prudence and Dorothy, notwithstanding the contributory negligence on the part of the master of the schooner upon which he was employed, and a decree will be entered accordingly.

    *For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes